IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,   CASE NO.: 8:15-0CV-1693-T-27-MAP

　　Plaintiff,   CIVIL ACTION

v.

RISEN CAPITAL LLC

　　Defendant.
_____/

ANSWER OF RISEN CAPITAL LLC

COMES NOW RISEN CAPITAL LLC, by and through its undersigned attorney and answers the Complaint as follows:

1. The Defendant is without knowledge of the truthfulness or falseness of paragraph 1 and therefore denies same.

2. The Defendant admits the allegations of paragraphs 3, 5, 6, 7 and 11.

3. The Defendant denies the allegations of paragraphs 2, 4, 12, 14 and 15.

4. Any allegation not specifically denied is generally denied.

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015 I electronically filed the foregoing document with the Clerk of Court for the Middle District of Florida by using the CM\ECF system. I certify that the following parties or their counsel record are registered as ECF Filers and that they will be served by the CM\ECF system:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL 33762
wjg@mazgadd.com

　　　　　　　　　　　　LAW OFFICES OF SHELDON ZIPKIN, P.A.
　　　　　　　　　　　　2020 N.E. 163rd Street, Suite 300
　　　　　　　　　　　　North Miami Beach, FL 33162
　　　　　　　　　　　　305-944-9100 Miami-Dade
　　　　　　　　　　　　954-525-5333 Broward
　　　　　　　　　　　　305-940-3187 Fax
　　　　　　　　　　　　SheldonZipkin@gmail.com

　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　SHELDON ZIPKIN, ESQ.

Blikken/Risen 8:15 -OCV-1693-T-27-MAP

Florida Bar No.: 313300

By: *R. B......*
RICHARD BIRKENWALD, ESQ.
Florida Bar No.: 621780
PO Box 814823
Hollywood, FL 33081-4823
305-944-3335
Birkenwa@ix.netcom.com

File No.: 015-086