**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDREW BLIKKEN**,

    **Plaintiff**,

**v.**                                        **Case No.: 8:15-cv-01693-JDW-MAP**

**RISEN CAPITAL, LLC**,

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was scheduled for June 13, 2016. Plaintiff and his trial counsel appeared. There was no appearance for Defendant Risen Capital. The undersigned telephoned Sheldon Zipkin, Esq. of Sheldon Zipkin, P.A. who indicated that he will seek to be substituted as counsel for Defendant.

<u>The mediation did not take place.</u>

Done June 13, 2016 in Tampa, Florida.

                                                       Respectfully submitted,

                                                       <u>/s/ Peter J. Grilli</u>
                                                       Peter J. Grilli, Esq.
                                                       Florida Bar No. 237851
                                                       Mediator
                                                       3001 West Azeele Street
                                                       Tampa, Florida 33609
                                                       813.874.1002    Fax: 813.874.1131
                                                       email: peter@grillimediation.com

I HEREBY CERTIFY that June 13, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record, and sent a true and correct copy by U.S. Mail to Sheldon Zipkin, Esq., Sheldon Zipkin, P.A., 2020 Northeast 163rd St., Third Floor, North Miami Beach, FL 33162.

                                                       <u>/s/ Peter J. Grilli</u>
                                                       Peter J. Grilli, Esq.