UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,

    Plaintiff,

v.                                                     Case No: 8:15-cv-1693-T-27MAP

RISEN CAPITAL, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Mediation Report, in which the Mediator states that Defendant and its counsel failed to appear at the scheduled mediation (Dkt. 17). Local Rule 9.05(c) requires that "all parties . . . shall be present at the Mediation Conference," and that failure to comply with this requirement "may subject a party to sanctions by the Court." (*See also* Case Management and Scheduling Order ¶ 6 (Dkt. 8) ("Parties <u>shall</u> participate in mediation . . . .") (emphasis original)). Accordingly, Defendant and its counsel of record, Richard Birkenwald, Esq., are **ORDERED TO SHOW CAUSE** in writing within 14 days why sanctions should not be imposed for their failure to appear at the mediation conference.[1]

**DONE AND ORDERED** this 14th day of June, 2016.

                                                           JAMES D. WHITTEMORE
                                                           United States District Judge

Copies to: Counsel of Record

---

[1] The Mediation Report indicates that the mediator telephoned Sheldon Zipkin, Esq., who "indicated he will seek to be substituted as counsel for Defendant." Notwithstanding, Local Rule 2.03(b) prohibits attorneys from withdrawing except by written leave of Court.