UNITED STATES DITRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,   Case No. 8:15-cv-1693-T-27MAP

       PLAINTIFF,

VS.

RISEN CAPITAL, LLC.,

       DEFENDANT.

_____/

## UNOPPOSED JOINT MOTION FOR RICHARD BIRKENWALD TO WITHDRAW AS COUNSEL FOR DEFENDANAT WITH SHELDON ZIPKIN REMAINING AS ATTORNEY OF RECORD FOR DEFENDANT

COMES NOW the undersigned attorneys of record for the defendant, RISEN CAPITAL, LLC., and pray this Court to enter its order granting Richard Birkenwald, Esq. leave to withdraw as counsel for the defendant herein, with Sheldon Zipkin, Esq. remaining as attorney of record to represent the Defendant in the above captioned matter.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been furnished on June 20, 2016 to: William John Gadd, Esq. at wjg@mazgadd.com.

/S/ RICHARD BIRKEWALD
RICHARD P. BIRKENWALD, ESQ.
Florida Bar No.: 621780
Attorney for Defendant
PO Box 814823
Hollywood, FL 33081-4823
(305) 944-3335 Fax (305) 722-3668
Email: birkenwa@gmail.com

/S/ SHELDON ZIPKIN
SHELDON ZIPKIN, ESQ.
Florida Bar No.: 313300
Attorney for Defendant
2020 NE 163rd St, Fl 3
North Miami Beach, FL 33162-4927
(305) 944-9100 Fax 305-940-3187
Email: sheldonzipkin@gmail.com