IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,                           CASE NO.: 8:15-0CV-1693-T-27-MAP

    Plaintiff,                                CIVIL ACTION

v.

RISEN CAPITAL LLC

    Defendant.
_____/

RESPONSE TO RULE TO SHOW CAUSE

COMES NOW the Law Offices of Sheldon Zipkin, PA and files this Response to the Rule to Show Cause dated June 14, 2016 and states:

1. That the undesigned was retained on June 8, 2015 in response to correspondence Risen Capital LLC from Mr. Gadd.

2. Upon service of the instant suit on July 21, 2015, I advised opposing counsel that I was not then admitted to the Middle District of Florida.

3. I then requested the assistance of Richard Birkenwald, Esq. who was admitted to file the pleadings on behalf on Risen Capital LLC.

4. I applied for and was admitted to practice to the Bar of the Middle District of Florida on October 6, 2015.

5. For reasons unknown, my office failed to obtain CM\ECF codes at that time but continued to receive pleadings through Mr. Birkenwald's email.

6. At the Plaintiff's request, mediation had previously been reset.

7. When meeting with the client on June 8, 2016, I called Mr. Grilli's office and was advised of the requirement that both the client and I had to appear at mediation in person.

8. The attached calendar for Monday, June 13, 2016 reflects three hearings that morning and the notice of the mediation being telephonic. Exhibit A.

9. The entry was made by Ellen Zipkin who is my secretary. Mrs. Zipkin had eye surgery in May 2016 and was unable to work for several weeks.

10. Upon learning of the inability to attend personally, I forwarded the attached letter to Mr. Gadd and Mr. Gadd and Mr. Grilli. Exhibit B.

11. As Mr. Birkenwald was merely assisting me in filing prior to my admission, he had no contact with Risen Capital LLC and was not under any obligation to attend the mediation which was scheduled while he was out of the country.

12. That the client is aware that it is obligated for the cost of the cancelled mediation.

13. That a Motion to Extend the time for mediation is being filed along with this Response along with a Motion to Allow the Defendant and its counsel to appear telephonically.

14. That the parties have tentatively rescheduled the new date of mediation to August 22, 2016.

15. That there was no intent on behalf of the Defendant or its counsel to disregard this Court's Order.

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2016 I electronically filed the foregoing document with the Clerk of Court for the Middle District of Florida by using the CM\ECF system. I certify that the following parties or their counsel record are registered as ECF Filers and that they will be served by the CM\ECF system:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL 33762
wjg@mazgadd.com

Richard Birkenwald, Esq.
P.O. Box 814823
Hollywood, FL 33081-4823
Email: Birkenwa@gmail.com

LAW OFFICES OF SHELDON ZIPKIN, P.A.
2020 N.E. 163rd Street, Suite 300
North Miami Beach, FL 33162
305-944-9100 Miami-Dade
954-525-5333 Broward
305-940-3187 Fax
SheldonZipkin@gmail.com

By:_____/SZ/_____
SHELDON ZIPKIN, ESQ.
Florida Bar No.: 313300

File No.: 015-086

# Monday, June 13, 2016

All People

| APPOINTMENTS | TIMELESS EVENTS |
|---|---|
| 7:00a | |
| 7:30a | |
| 8:00a | |
| 8:30a | |
| 9:00a | |
| 9:30a  HEARING  Miller, Thomas  Miller adv Seymour  010-060 thmas mniller  before freeman | |
| 10:00a | |
| 10:15a  REPORT  Charlier, Stephane  Charlier adv State  015-095 charlier before serephin | |
| 10:30a | |
| 11:00a  HEARING  Fremon, Ivica  Fremon probate  016-071 hearing in front of Michael Genden in room CHC | |
| 11:30a | |
| 12:00p | |
| 12:30p | |
| 1:00p | |
| 1:30p  MEDIATE  Barrera, Crystian  Barrera/Risen/Blikken  015-086 crystian barrrear  telephine mediation | |
| 2:00p | |
| 2:30p | |
| 3:00p | |
| 3:30p | THINGS TO-DO |
| 4:00p | |
| 4:30p | |
| 5:00p | |
| 5:30p | |
| 6:00p | |
| 6:30p | |
| 7:00p | |
| | CALLS TO MAKE |

# LAW OFFICES OF
# Sheldon Zipkin, P.A.
2020 Northeast 163rd Street, Third Floor
North Miami Beach, Florida 33162

Admitted: Florida
US District Court (Middle Dist.)
US District Court (Southern Dist.)
US 11th Circuit Court of Appeals
FL Public Service Commission

Dade: (305) 944-9100
Broward: (954) 525-5333
Fax: (305) 940-3187
Sheldonzipkin@gmail.com

June 8, 2016

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL 33762

RE: Blikken v. Risen Capital, LLC
Case No.: 8:15-01693 JDW-MAP
Our File No.: 015-086

Dear Mr. Gadd:

I call ed Mr. Grilli's office today to confirm Monday's mediation and was advised that my client and I cannot appear by telephone due to a local rule which requires our personal presence at mediation. As such, please advise the mediator that we will have to reset the mediation for either an agreed Order waiving the local rule or to make appropriate travel arrangements.

Please contact my office to reset the mediation to a mutually acceptable date and time.

Very truly yours,

SHELDON ZIPKIN
cc: Risen Capital
    Peter Grilli PA