IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,                           CASE NO.: 8:15-0CV-1693-T-27-MAP

    Plaintiff,                            CIVIL ACTION

v.

RISEN CAPITAL LLC

    Defendant.
_____/

MOTION TO EXTEND TIME FOR MEDIATION

COMES NOW the Risen Capital LLC and files this Motion to Extend Time for Mediation and states:

1. That the Order for Mediation has previously been extended at the Plaintiff's request without objection.

2. That the scheduled mediation for June 13, 2016 could not be completed due to a scheduling error by the Defendant's counsel.

3. That the parties have agreed to a new date of August 22, 2016 which is being held by the mediator's office.

4. That this Motion is made in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, Risen Capital LLC moves this Court for an Order extending the time to complete mediation in this cause to August 22, 2016.

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2016 I electronically filed the foregoing document with the Clerk of Court for the Middle District of Florida by using the CM\ECF system.  I certify that the following parties or their counsel record are registered as ECF Filers and that they will be served by the CM\ECF system:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL 33762
wjg@mazgadd.com

Richard Birkenwald, Esq.
P.O. Box 814823

Hollywood, FL 33081-4823
Email: Birkenwa@gmail.com

                                                LAW OFFICES OF SHELDON ZIPKIN, P.A.
2020 N.E. 163rd Street, Suite 300
North Miami Beach, FL 33162
305-944-9100 Miami-Dade
954-525-5333 Broward
305-940-3187 Fax
SheldonZipkin@gmail.com

By:_____/SZ/_____
       SHELDON ZIPKIN, ESQ.
       Florida Bar No.: 313300

File No.: 015-086