UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,

    Plaintiff,

v.                                                    Case No: 8:15-cv-1693-T-27MAP

RISEN CAPITAL, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** are Defendant's Response to Rule to Show Cause (Dkt. 22), Defendant's Motion to Extend Time for Mediation (Dkt. 23), and Defendant's Motion to Appear by Phone at the Mediation (Dkt. 24).

Defendant and counsel were ordered to show cause why sanctions should not be imposed for failing to attend the scheduled mediation (Dkt. 18). Defendant represents it "is aware that it is obligated for the cost of the cancelled mediation." (Dkt. 22 ¶ 12). Accordingly, the Order to Show Cause (Dkt. 18) is **DISCHARGED** on condition that Defendant reimburse the mediator for the cancelled mediation.

The Motion to Extend Time for Mediation (Dkt. 23) is **GRANTED.** The time for mediation in this case is extended to August 22, 2016. The Motion to Appear by Phone at the Mediation (Dkt. 24) is **DENIED** *without prejudice* for failure to comply with Local Rule 3.01(g). Counsel should also confer with the mediator and state the mediator's preference in any subsequent motion.

**DONE AND ORDERED** this 29th day of June, 2016.

                                                                     JAMES D. WHITTEMORE
                                                                      United States District Judge

Copies to: Counsel of Record