UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN

Plaintiff,                                          CIVIL ACTION
                                                         FILE NO.: 8:15-cv-1693-T-27MAP

v.

RISEN CAPITAL, LLC.

    Defendant.

_____/


**AMENDED NOTICE OF SCHEDULING MEDIATION**


    Plaintiff, **Andrew Blikken**, through counsel, gives notice that the parties have agreed that the mediation conference in this matter will be held with **Peter J. Grilli, on Monday August 22nd , 2016 at 10:00 a.m.,** at **Peter J. Grilli, Professional Association**, located at **3001 W Azeele St, Tampa, FL 33609.**


    __/s/ **W John Gadd**
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel – (727)524-6300
Email – wjg@mazgadd.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been filed with the court's electronic filing system and that such will transmit a copy of the same to all counsel of record on this 29th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　/s/ **W John Gadd**
　　　　　　　　　　　　　　　　　　　　W. John Gadd
　　　　　　　　　　　　　　　　　　　　FL Bar Number 463061
　　　　　　　　　　　　　　　　　　　　**Bank of America Building**
　　　　　　　　　　　　　　　　　　　　2727 Ulmerton Road-Suite 250
　　　　　　　　　　　　　　　　　　　　Clearwater, FL 33762
　　　　　　　　　　　　　　　　　　　　Tel – (727)524-6300
　　　　　　　　　　　　　　　　　　　　Email – wjg@mazgadd.com