UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,

    Plaintiff,

v.                                                Case No: 8:15-cv-1693-T-27MAP

RISEN CAPITAL, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. The docket reflects that this case was scheduled for mediation on August 22, 2016. No mediation report has been filed. Plaintiff is directed to file a report on or before September 1, 2016, advising the Court of the outcome of mediation and the status of this case.

**DONE AND ORDERED** this 29th day of August, 2016.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record