UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN

Plaintiff,                              CIVIL ACTION
                                        FILE NO.: 8:15-cv-1693-T-27MAP

v.

RISEN CAPITAL, LLC.

    Defendant.

_____/

**PLAINTIFF'S RESPONSE TO COURT ORDER REGARDING MEDIATION**

Plaintiff hereby advises and notifies the court the mediation in this matter resulted in an impasse.

**DATED this 30th day of August, 2016.**

s/W. John Gadd
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com

Certificate of Service

I hereby certify that the foregoing has been filed with the court's electronic filing system and that such will transmit a copy of the same to all counsel of record on this 30th day of August, 2016.

s/W. John Gadd
W. John Gadd

FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com