IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,   CASE NO.: 8:15-0CV-1693-T-27-MAP

    Plaintiff,   CIVIL ACTION

v.

RISEN CAPITAL LLC

    Defendant.
_____/

MOTION TO WITHDRAW AS COUNSEL FOR RISEN CAPITAL LLC

COMES NOW the Law Offices of Sheldon Zipkin, PA and files this Motion to Withdraw as counsel for Defendant, Risen Capital LLC and states:

1.     1. That there are irreconcilable issues between the undersigned counsel and client.

WHEREFORE, the Law Offices of Sheldon Zipkin, PA and Sheldon Zipkin, Esq. move this Court for an Order granting this Motion to Withdraw and allowing the Defendant, Risen Capital LLC sufficient time to secure new counsel.

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2016 I electronically filed the foregoing document with the Clerk of Court for the Middle District of Florida by using the CM\ECF system. I certify that the following parties or their counsel record are registered as ECF Filers and that they will be served by the CM\ECF system:

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL 33762
wjg@mazgadd.com

Crystian Barrera, CEO
Risen Capital LLC
1300 NW 17 Avenue
Suite 278
Delray Beach, FL 33445
crystianmb@gmail.com

LAW OFFICES OF SHELDON ZIPKIN, P.A.
2020 N.E. 163rd Street, Suite 300

North Miami Beach, FL 33162
305-944-9100 Miami-Dade
954-525-5333 Broward
305-940-3187 Fax
SheldonZipkin@gmail.com

By:_____/SZ/_____
          SHELDON ZIPKIN, ESQ.
          Florida Bar No.: 313300

File No.: 015-086