UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,

    Plaintiff,

vs.                                    Case No. 8:15-cv-1693-T-27MAP

RISEN CAPITAL LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a renewed and amended Motion to Withdraw as Counsel for Risen Capital LLC (Dkt. 37). Upon consideration, it is **ORDERED**:

1)     The Motion to Withdraw (Dkt. 37) is **GRANTED**.

2)     Sheldon Zipkin, Esq. is withdrawn as counsel for Defendant, and is hereby relieved of any further responsibility in this matter except to notify Defendant of this Order and the requirements set forth below.

3)     Defendant shall obtain new counsel within fifteen (15) days. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel"), *cert. denied*, 474 U.S. 1058 (1986).

4)     Until such time that Defendant retains new counsel and notifies the Court of the same, a copy of this Order and all future correspondence and other pleadings shall be sent to Defendant at its current address:

1

>Risen Capital LLC
>1300 NW 17 Avenue
>Suite 278
>Delray Beach, FL 33445
>crystianmb@gmail.com

5) Failure of Defendant to obtain new counsel within fifteen (15) days will result in this Court entertaining a motion for default for failure to defend pursuant to Rule 55 of the Federal Rules of Civil Procedure.

6) This matter remains scheduled for trial in the trial term beginning October 3, 2016.

**DONE AND ORDERED** this 14th day of September, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record