## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANDREW BLIKKEN
    Plaintiff,

  v.

RISEN CAPITAL,LLC                        Case No. 8:15-cv-01693-JDW-MAP
    Defendant.
_____/

## **NOTICE OF APPEARANCE**

     **COMES NOW** LISA R. WILCOX, ESQUIRE, attorney for Plaintiff, and hereby enters this Notice of Appearance on behalf of Plaintiff in the above-styled cause of action and requests that all copies of all notices, documents, and pleadings to the Plaintiff be sent to the undersigned attorney at the designated email address below.

    Dated: September 21, 2016

                                              **/s/Lisa R Wilcox/**
                                              By:_____
                                              Lisa R. Wilcox, Esquire
                                              FBN: 697291
                                              721 First Ave. N.
                                              Suite 100
                                              St. Petersburg, Florida 33701
                                              Main and Fax 888-945-2695
                                              lisa@wilcoxlawpa.com

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/Lisa R Wilcox/**
By:_____
Lisa R. Wilcox, Esquire
FBN: 697291
721 First Ave. N.
Suite 100
St. Petersburg, Florida 33701
Main 888-945-2695
lisa@wilcoxlawpa.com