UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

ANDREW BLIKKEN

    Plaintiff,                                  CIVIL ACTION
                                                  FILE NO.: 8:15-cv-1693-T-27MAP

v.

RISEN CAPITAL, LLC.

    Defendant.

_____/

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PLEADINGS AND FOR APPLICATION TO MOVE TO ENTER A CLERK'S DEFAULT AGAINST DEFENDANT AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff hereby moves this Honorable Court to Strike the Defendant's Pleadings and allow Plaintiff to apply for a Clerk's Default and further states as follows:

    1. Plaintiff filed a Telephone Consumer Protection Act complaint against the Defendant for using an autodialer to call Plaintiff's cellular telephone for purposes of solicitation.

    2. Said complaint was duly served and thereafter Defendant filed an Answer on August 12, 2015, which has not yet been stricken.

    3. On September 9, 2016 Plaintiff and Defendant via their respective counsel, attended the pre-trial conference. This case was set for a bench trial to take place on October 19, 2016.

    4. On September 14, 2016, Defense Counsel's second motion to withdraw was granted. Yet, Defendant waited until October 4, 2016 to file a motion for an extension of time to obtain

new defense counsel. On October 6, 2016, this Court denied Defendant's Motion for Extension of Time.

5. "A long line of cases hold that corporate entities may not appear *pro se* in this Court. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985)(stating, "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel"); Textron Fin. Corp. v. RV Having Fun Yet, Inc., No. 3:09-cv-2-J- 34TEM, 2010 WL 1038503, at *6 (M.D. Fla. Mar. 19, 2010)(stating, "a corporation's financial constraints do not excuse the requirement that it have legal representation in Court proceedings"); United States v. Hagerman, 545 F.3d 579, 581-82 (7th Cir. 2008)(stating, "[p]ro se litigation is a burden on the judiciary, and the burden is not to be borne when the litigant has chosen to do business in entity form. He must take the burdens with the benefits")(internal citations omitted); see also Local Rule 2.03(e), M.D. Fla." See NACM TAMPA, INC. et al.v ALEXANDER MENSH d/b/a MONSTER DEMOLITION, et al., Middle District of Florida, Case #8:15-cv-1776-T-33TGW (DE 49, February 5, 2015).

6. A default against a corporation may occur because a corporation must be represented by counsel and cannot appear *pro se*. Local Rule 2.03(e); also See NACM TAMPA, INC. et al.v ALEXANDER MENSH d/b/a MONSTER DEMOLITION, et al., Middle District of Florida, Case #8:15-cv-1776-T-33TGW (DE 49, February 5, 2015)

7. Similar to this case, in NACM TAMPA, INC. et al.v ALEXANDER MENSH d/b/a MONSTER DEMOLITION, Defendant failed to have new counsel submit their notice of appearance after being ordered to do so and the Court *sua sponte* entered an order striking the Defendant's pleadings and ordering Plaintiff to submit application to the Clerk of Court for a Clerk's Default. *Id.*

8. Since the Court has now denied Defendant's motion for an extension of time to find counsel and the trial date is immediately approaching Plaintiff is put into a predicament of being prevented the opportunity to discuss with Defense Counsel any of the trial matters that need to be addressed in advance.

WHEREFORE, Plaintiff moves this Court to enter an order striking Defendant's pleadings and directing Plaintiff to submit application for a Clerk's Default.

Dated October 7, 2016.

Respectfully submitted,

<u>s/W. John Gadd</u>
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT THE FOREGOING HAS BEEN FILED ON THE COURT'S ELECTRIC FILING SYSTEM WHICH WILL SEND A COPY OF THE FOREGOING TO ALL COUNSEL OF RECORD ON and also to: and to Risen Capital, LLC, 1300 NW 17 Avenue, Suite 278, Delray Beach, Florida 33445.

this 7th day of October, 2016

**s/W. John Gadd**
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com
