# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANDREW BLIKKEN

    Plaintiff,                      CIVIL ACTION
                                      FILE NO.: 8:15-cv-1693-T-27MAP

v.

RISEN CAPITAL, LLC.

    Defendant.

_____/

## DECLARATION OF ANDREW BLIKKEN

**I, ANDREW BLIKKEN,** hereby declare under penalties of perjury as follows:

1. I am a resident of the State of Florida, over eighteen (18) years of age, and otherwise competent to testify to the matters contained herein.

2. I have personal knowledge of the sworn statement contained herein.

3. In or before 2006, I was assigned number by my personal cell phone provider AT&T the cellular telephone number 940.230.6579.

4. From January 1, 2006 through and including November 8, 2016, I was and have been in possession and control of a cell phone assigned number 940.230.6579.

5. I used my cell phone for personal use.

6. I was called on my cell phone at least 30 times by Risen Capital LLC.

7. I advised Defendant's representatives several times to stop calling me and the I revoked any consent to call my cell phone.

8. I never consented to Defendant calling my cell phone number and soliciting me to purchase their services.

9. I have never provided any cellular telephone number to Risen Capital, LLC for purposes of calling me.

10. I have never provided any cellular telephone number Risen Capital LLC in which I agreed to them calling me repeatedly with an autodialer and leaving pre-recorded messages on my cell phone voicemail.

11. Based on the fact that Defendant clearly called me and kept calling me with an autodialer without my consent to solicit business and kept calling after I expressly told them not to - verbally and in writing should warrant punitive damages to limit this type of behavior.

12. Based on the facts and evidence set forth in my motion for default and herein, I respectfully request the entry of an order awarding $500 x 30 calls totaling $**15,000** in actual damages; plus $1000 x 30 calls totaling **$30,0000** in punitive damages plus taxable costs totaling **$ 1,110.00** for filing fees, service of process and mediator's fee.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 8th day of November 2016.

Tampa, Florida

*AndrewBlikken*
_____
ANDREW BLIKKEN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE FOREGOING HAS BEEN FILED ON THE COURT'S ELECTRIC FILING SYSTEM WHICH WILL SEND A COPY OF THE FOREGOING TO Defendant via US Mail and e-mail at
Risen Capital LLC
1300 NW 17 Avenue
Suite 278
Delray Beach, FL 33445
crystianmb@gmail.com

November 8, 2016

s/W. John Gadd
W. John Gadd
FL Bar Number 463061
**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com