UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BLIKKEN,

        Plaintiff,

vs.                                       Case No. 8:15-cv-1693-T-27MAP

RISEN CAPITAL, LLC,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 53) submitted by the Magistrate Judge recommending that Plaintiff's Motion for Final Judgment (Dkt. 50) be granted in part. Defendant, against whom default was entered because it did not obtain counsel, attempted to object to the recommendation (Dkt. 54), and Plaintiff responded to the objection (Dkt. 55).

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 53) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Final Judgment (Dkt. 50) is **GRANTED** *in part*.

3) The Clerk is directed to **ENTER DEFAULT FINAL JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $15,000.

4) Defendant's objection (Dkt. 54) is **STRICKEN** as an unauthorized filing by a corporation attempting to proceed *pro se. See Palazzo v. Gulf Oil Corp.*, 764 F.2d

1381, 1385 (11th Cir. 1985) ("a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel").

5) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** on this 21st day of December, 2016.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties